UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**NORTHERN DIVISION at ASHLAND**

| | |
|---|---|
| TODD A. SAPP, ) | |
| ) | |
| Petitioner, ) | Civil Case No. |
| ) | 0:20-cv-2-JMH-MAS |
| v. ) | |
| ) | **MEMORANDUM OPINION** |
| KEITH HELTON, Warden, ) | **AND ORDER** |
| ) | |
| Respondent. ) | |

\*\*\*

This matter comes before the Court on Petitioner Todd A. Sapp's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. [DE 1]. This matter was referred to United States Magistrate Judge Matthew A. Stinnett for initial scrutiny, and he has recommended dismissal of the Petition [DE 1]. [DE 9]. Although afforded the opportunity to do so, Sapp has failed to object to Magistrate Judge Stinnett's Report and Recommendation [DE 9]. As stated in Magistrate Judge Stinnett's Report and Recommendation [DE 9], "Failure to make a timely objection consistent with [28 U.S.C. § 636(b)(1)] and [Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 8(b)] may, and normally will, result in waiver of further appeal to or review by the District Judge and Court of Appeals." [DE 9, at 2 (citing *Thomas v. Arn*, 474 U.S. 140, 155 (1985);

1

*United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981))]. Accordingly,

**IT IS ORDERED** as follows:

(1) United States Magistrate Judge Matthew A. Stinnett's Report and Recommendation [DE 9] is **ACCEPTED** and **ADOPTED** in its entirety as the Opinion of the Court;

(2) Petitioner Todd A. Sapp's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1] is **DENIED**;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) Judgment shall be entered contemporaneously with the present Memorandum Opinion and Order.

This 16th day of February, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2