UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**NORTHERN DIVISION at ASHLAND**

| | | |
|---|---|---|
| TODD A. SAPP, | ) | |
| | ) | |
|    Petitioner, | ) | Civil Case No. |
| | ) | 0:20-cv-2-JMH-MAS |
| v. | ) | |
| | ) | **JUDGMENT** |
| KEITH HELTON, Warden, | ) | |
| | ) | |
|    Respondent. | ) | |

\*\*\*

Consistent with the Court's Memorandum Opinion and Order entered this date, it is hereby **ORDERED** and **ADJUDED** as follows:

(1) Petitioner Todd A. Sapp's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [DE 1] is **DENIED**;

(2) Judgment is **ENTERED** in favor of Respondent Warden Keith Helton;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 16th day of February, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge